Filing # 252361851 E-Filed 07/13/2026 07:03:53 PM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. **CACE26009663**   DIVISION: **18**   JUDGE: **Fahnestock, Fabienne E (18)**

**Clayton Bernholtz**

Plaintiff(s) / Petitioner(s)

v.

**CrossCountry Mortgage LLC, et al**

Defendant(s) / Respondent(s)

_____/

### AGREED ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This cause having come before the Court without hearing upon the Defendant's unopposed motion for extension of time to respond to complaint (the "Motion"), and the Court being advised that Plaintiff does not oppose the requested extension, and being otherwise fully advised, it is hereby:

ORDERED AND ADJUDGED as follows:

1.    The Motion is GRANTED.

2.    Defendant shall have until July 28, 2026 to file its response to the Complaint.

**DONE AND ORDERED** in Chambers at Broward County, Florida on <u>13th day of July, 2026</u>.

<u>CACE26009663 07-13-2026 2:31 PM</u>
Hon. Fabienne Fahnestock
**CIRCUIT COURT JUDGE**
Electronically Signed by Fabienne Fahnestock

**Copies Furnished To:**
Alec H. Schultz , E-mail : aschultz@hilgerslaw.com
Alec H. Schultz , E-mail : paralegals@hilgerslaw.com
Amanda Piccininni , E-mail : gtorres@smsm.com
Amanda Piccininni , E-mail : apiccininni@smsm.com
Nicholas Edwin Richardson , E-mail : nerpleadings@smsm.com
Nicholas Edwin Richardson , E-mail : tgomez@smsm.com

Case Number: CACE26009663

Nicholas Edwin Richardson , E-mail : nrichardson@smsm.com
Steven Joseph Brotman , E-mail : LitigationDocketRequests@troutman.com
Steven Joseph Brotman , E-mail : irene.rabba@troutman.com
Steven Joseph Brotman , E-mail : steven.brotman@troutman.com

Filing # 251870031 E-Filed 07/07/2026 08:07:41 AM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CLAYTON BERNHOLTZ, on behalf of          CASE NO.: CACE-26-009663
himself and all others similarly situated,

     Plaintiff,

vs.

CROSSCOUNTRY MORTGAGE, LLC, and
CLASS VALUATION, LLC,

     Defendants.

_____/

**DEFENDANT'S, CLASS VALUATION, LLC, UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant, CLASS VALUATION, LLC, ("Defendant"), by and through its undersigned counsel and pursuant to Florida Rule of Civil Procedure 1.090(b), hereby requests this Court to enter an order granting an extension of time for CLASS VALUATION, LLC, to file its response to the Complaint and, in support thereof, states as follows:

1.     This is a class action for reach of FDUPTA, Unjust Enrichment, and Breach of Contract against CLASS VALUATION, LLC.

2.     Due to the nature and complexity of the allegations against CLASS VALUATION, LLC, the undersigned requires additional time to confer with our client, review the relevant documents, and prepare responses to the Complaint on behalf of Defendant.

3.     Accordingly, the undersigned requests an extension of time up to and including August 6, 2026.

4.     Plaintiff will not be prejudiced by this extension of time, nor is this request being made for the purpose of undue delay.

CASE NO.: CACE-26-009663

5.      By seeking this extension, Defendant does not waive any relief, including but not limited to affirmative defenses or grounds for dismissal that may be available to it.

WHEREFORE, Defendant, CLASS VALUATION, LLC, hereby requests this Honorable Court to grant its motion and extend the time to file and serve its response to the Complaint as well as Plaintiff's Request for Production, and any other relief deemed just and proper.

**<u>CONFERRAL PURSUANT TO FLA.R.CIV.P. 1.202</u>**

I certify that prior to filing this motion, I contacted Plaintiff's counsel to discuss the relief requested in this motion by e-mail on Monday, July 6, 2026, and counsel has confirmed they have no objection to the request.

[CERTIFICATE OF SERVICE ON NEXT PAGE]

2

CASE NO.: CACE-26-009663

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a correct copy hereof has been furnished to: Alec H. Schultz, Esq., HILGERS PLLC, 1221 Brickell Avenue, Suite 900, Miami, Florida 33131, aschultz@hilgerslaw.com, on this 7th day of July 2026.

SEGAL McCAMBRIDGE SINGER &
MAHONEY, LTD.
200 E. Las Olas Blvd., Suite 1820
Fort Lauderdale, Florida 33301
Telephone:     (954) 765-1001
Facsimile:      (954) 765-1005

By: _s/ Nicholas E. Richardson_____
**NICHOLAS E. RICHARDSON, ESQ.**
Florida Bar No: 1024637
nrichardson@smsm.com
AMANADA L. PICCININNI, ESQ.
Florida Bar No: 1049923
apiccininni@smsm.com

nerpleadings@smsm.com
*(for e-mail service only)*

3

Filing # 251734538 E-Filed 07/02/2026 04:27:23 PM

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO.: CACE-26-009663

CLAYTON BERNHOLTZ, on behalf of
himself and all others similarly situated,

     Plaintiff,

vs.

CROSSCOUNTRY MORTGAGE, LLC and
CLASS VALUATION, LLC,

     Defendants.

_____/

## <u>NOTICE OF APPEARANCE</u>

The law firm of Troutman Pepper Locke LLP gives notice of appearance of Steven J. Brotman as counsel in this matter on behalf of defendant CrossCountry Mortgage, LLC.

Pursuant to Florida Rule of Judicial Administration 2.516, Defendant designates the following email addresses:

          Primary:       steven.brotman@troutman.com
                       irene.rabba@troutman.com
                       litigationdocketrequests@troutman.com

All pleadings and documents should hereafter be served by email upon all such designated email addresses.

Dated: July 2, 2026

                                        **TROUTMAN PEPPER LOCKE LLP**
                                        777 South Flagler Drive
                                        Suite 215 East Tower
                                        West Palm Beach, FL 33401
                                        Telephone:  561-833-7700
                                        Facsimile:   561-655-8719
                                        By: */s/ Steven J. Brotman*
                                            Steven J. Brotman
                                          Florida Bar Number: 85750
                                        steven.brotman@troutman.com
                                       *Counsel for Defendant CrossCountry Mortgage, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on July 2, 2026, a true and correct copy of the foregoing was

filed with the Florida Courts E-Filing Portal, which provides a notice of electronic filing to:

Alec H. Schultz
Hilgers PLLC
1221 Brickell Avenue, Suite 900
Miami, FL 33131
aschultz@hilgerslaw.com

*Counsel for Plaintiff Clayton Bernholz*

*/s/ Steven J. Brotman*
Steven J. Brotman

251736379

2

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO.: CACE-26-009663

CLAYTON BERNHOLTZ, on behalf of
himself and all others similarly situated,

      Plaintiff,

vs.

CROSSCOUNTRY MORTGAGE, LLC and
CLASS VALUATION, LLC,

      Defendants.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME

CrossCountry Mortgage, LLC ("CrossCountry"), by and through its undersigned counsel, moves for an extension of its time to respond to Plaintiff's Complaint up to and including July 28, 2026, and states as follows:

1. CrossCountry and its counsel need additional time to obtain the necessary documents and information and prepare a response to Plaintiff's Complaint. The undersigned is also about to leave for a prepaid family vacation.

2. The extension sought herein is not interposed for the purposes of delay, and if granted, will not prejudice any party.

3. CrossCountry specially reserves any rights it may have to object to sufficiency of process, service of process, proper venue, or the jurisdiction of this Court.

4. Plaintiff's counsel does not object to the requested extension.

WHEREFORE, CrossCountry respectfully requests that this Court grant its motion for extension of time to respond to Plaintiff's Complaint up to and including July 28, 2026.

Dated: July 2, 2026

**TROUTMAN PEPPER LOCKE LLP**
777 South Flagler Drive
Suite 215 East Tower
West Palm Beach, FL 33401
Telephone:   561-833-7700
Facsimile:    561-655-8719


By: */s/ Steven J. Brotman*
        Steven J. Brotman
        Florida Bar Number: 85750
        steven.brotman@troutman.com
*Counsel for Defendant CrossCountry Mortgage, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2026, a true and correct copy of the foregoing was filed with the Florida Courts E-Filing Portal, which provides a notice of electronic filing to:

Alec H. Schultz
Hilgers PLLC
1221 Brickell Avenue, Suite 900
Miami, FL 33131
aschultz@hilgerslaw.com

*Counsel for Plaintiff Clayton Bernholz*


        */s/ Steven J. Brotman*
        Steven J. Brotman


251736388

2

Filing # 251398435 E-Filed 06/29/2026 12:22:42 PM

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL
CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

CLAYTON BERNHOLTZ, on behalf of          CASE NO.: CACE-26-009663
himself and all others similarly situated,

    Plaintiff,

vs.

CROSSCOUNTRY MORTGAGE, LLC, and
CLASS VALUATION, LLC,

    Defendants.

_____/

**NOTICE OF APPEARANCE AND
DESIGNATION OF EMAIL ADDRESSES**

Defendant, CLASS VALUATION, LLC, hereby give notice that **Nicholas E. Richardson, Esq.** and **Amanda L. Piccininni, Esq.,** of the law firm of **Segal McCambridge Singer & Mahoney, LTD.**, will be appearing as counsel for same in the above-styled cause of action. Copies of all pleadings and papers filed in this action should be served upon them at the address list below.

Primary Email:        nrichardson@smsm.com

Secondary Emails:     apiccininni@smsm.com
nerpleadings@smsm.com

[CERTIFICATE OF SERVICE ON NEXT PAGE]

CASE NO.: CACE-26-009663

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a correct copy hereof has been furnished to: Alec H. Schultz, Esq., HILGERS PLLC, 1221 Brickell Avenue, Suite 900, Miami, Florida 33131, aschultz@hilgerslaw.com, on this 29th day of June 2026.

SEGAL McCAMBRIDGE SINGER &
MAHONEY, LTD.
200 E. Las Olas Blvd., Suite 1820
Fort Lauderdale, Florida 33301
Telephone:   (954) 765-1001
Facsimile:    (954) 765-1005

By: *s/ Nicholas E. Richardson*
**NICHOLAS E. RICHARDSON, ESQ.**
Florida Bar No: 1024637
nrichardson@smsm.com
AMANADA L. PICCININNI, ESQ.
Florida Bar No: 1049923
apiccininni@smsm.com

nerpleadings@smsm.com
*(for e-mail service only)*

2